# United States District Court
# Central District of California

| | |
|---|---|
| JAIRO ALBERTO MAJIA VEGA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP SERVICES; BRET GREGG; JEH JOHNSON; LORETTA LYNCH; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-7765-ODW (SS)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

　　　　On Monday, January 25, 2016, this Court heard oral argument on Defendants' Motion to Dismiss. (ECF Nos. 22, 18.) After this hearing, the Court requested that Plaintiff first seek relief from the Board of Immigration Appeals before asking for relief in this Court, and ordered the action STAYED pending the BIA's decision. (ECF No. 30.) The Court also vacated the pending Motion to Dismiss. (*Id.*)

　　　　Plaintiff now represents that the BIA has issued a decision on the matter. (Not. of Decision, ECF No. 31.) The Court finds that the BIA's analysis is pertinent to the aforementioned Motion to Dismiss, and now Orders parties to **SHOW CAUSE**, in

writing, as to whether Plaintiff's Second Amended Complaint should be dismissed. **Defendants are to submit their response on or before September 12, 2016. Plaintiff's response shall be due one week later, on September 19, 2016.** Alternatively, the Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 23, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**