# United States District Court
# Central District of California

| | |
|---|---|
| JAIRO ALBERTO MAJIA VEGA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP SERVICES; BRET GREGG; JEH JOHNSON; LORETTA LYNCH; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Defendants. | Case No. 2:15-cv-7765-ODW (SS)<br><br>**ORDER TO SHOW CAUSE RE: CLAIM FOUR** |

On Monday, January 25, 2016, this Court heard oral argument on Defendants' Motion to Dismiss. (ECF Nos. 22, 18.) After this hearing, the Court requested that Plaintiff first seek relief from the Board of Immigration Appeals before asking for relief in this Court, and ordered the action stayed pending the BIA's decision. (ECF No. 30.) The Court also vacated the pending Motion to Dismiss. (*Id.*)

After Plaintiff informed the Court that the BIA has issued a decision on the matter, the Court ordered parties to show cause as to whether the matter should proceed. (ECF Nos. 31–32.) Parties then jointly stipulated to dismiss Claims 1–3

from the Second Amended Complaint, leaving Claim 4 intact. (ECF No. 35.) The Court granted the stipulation. (ECF No. 36.)

The Court now **ORDERS** Defendants to **file either a new Motion to Dismiss as to Claim 4 or a responsive pleading on or before September 28, 2016**.

Failure to file either a Motion or Answer may result in default being entered.

**IT IS SO ORDERED.**

September 14, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2